IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and DEFENDERS OF WILDLIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, CHRISTOPHER S. SAVAGE, Kootenai National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>MONTANORE MINERALS CORPORATION,<br><br>Defendant-Intervenor. | CV 15–69–M–DWM<br><br>ORDER<br><br>FILED<br>NOV 09 2016<br>Clerk, U.S Courts<br>District Of Montana<br>Missoula Division |

Defendant-Intervenor Montanore Minerals Corporation moves unopposed for the admission of Robert Tuchman to practice before this Court in this case with Mark Stermitz to act as local counsel. Mr. Tuchman's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit

1

Robert Tuchman *pro hac vice* (Doc. 40) is GRANTED on the condition that Mr. Tuchman shall do his own work. This means that Mr. Tuchman must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Tuchman, within fifteen (15) days of the date of this Order files a notice acknowledging his admission under the terms set forth above.

DATED this 9th day of November, 2016.

_____
Donald W. Molloy, District Judge
United States District Court