IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and DEFENDERS OF WILDLIFE,<br><br>          Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; CHRISTOPHER S. SAVAGE, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>          Defendants.<br><br>  and<br><br>MONTANORE MINERALS CORPORATION,<br><br>          Defendant-Intervenor. | CV 15-69-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      This action came before the Court for determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's May 30, 2017, Opinion and Order (Doc. 64), and the June 29, 2017, Order (Doc. 70). The agencies' decision to approve the Montanore Project is vacated. The 2014 Biological Opinions and the 2016 Record of Decision are set aside and remanded to the agencies for further action.

      Dated this 29th day of June, 2017.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Nicole Stephens
                                Nicole Stephens, Deputy Clerk