

FILED

MAR 27 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and DEFENDERS OF WILDLIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; CHRISTOPHER S. SAVAGE, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>MONTANORE MINERALS CORPORATION,<br><br>Defendant-Intervenor. | CV 15–69–M–DWM<br><br>ORDER |

On March 23, 2018, Plaintiffs filed a motion seeking an award of attorney fees and costs. (Doc. 83.) Contemporaneously with that motion, the parties filed a

1

joint stipulation, requesting the briefing deadline for Plaintiffs' motion be stayed for sixty (60) days while they attempt to settle fees and costs. (*See* Doc. 85.)

Accordingly, IT IS ORDERED that the briefing schedule for Plaintiffs' motions for fees and costs (Doc. 83) is STAYED. The Federal Defendants' responses shall be filed on or before May 25, 2018. Replies may be filed pursuant to Local Rule 7.1(d)(1)(C).

Dated this 27th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court