

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and DEFENDERS OF WILDLIFE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; CHRISTOPHER S. SAVAGE, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE, <br><br> Defendants, <br><br> and <br><br> MONTANORE MINERALS CORPORATION, <br><br> Defendant-Intervenor. | CV 15–69–M–DWM <br><br> ORDER |

Plaintiffs and Federal Defendants having reached a stipulated agreement as Plaintiffs' fees and costs,

IT IS ORDERED that the parties' joint stipulation (Doc. 90) is APPROVED and ADOPTED. The Clerk of Court is directed to terminate Plaintiffs' pending

1

motion for fees and costs, (Doc. 83). The Court declines to retain jurisdiction over enforcement of the parties' stipulation. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

Dated this 21st day of June, 2018.

*/s/ Donald W. Molloy*  11:30 A.M.
Donald W. Molloy, District Judge
United States District Court